3

# CENTRAL MORTGAGE COMPANY
www.CentralMortgageOnline.com

October 18, 2010

**FILED**

OCT 21 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Robert Beucler
Attorney at Law
20 E. Thomas #2600
Phoenix, AZ 85012

RE: Joseph Rowles
Case No. 10-28851
CMC # 5779264209

Dear Mr. Beucler:

Please be advised the customer's first lien mortgage payment will change from $900.48 to $1,117.52 effective December 1, 2010 because of a recent escrow analysis. The payment is broken down as $900.48 Principal/Interest and $217.04 escrow. Please advise your client of the change. We will notify the Trustee's office as well.

Sincerely,
CENTRAL MORTGAGE COMPANY

Cindy Gibson
Bankruptcy Department
(501) 716-4629
(501) 716-5009 (fax)
cmgibson@arvest.com

cc: Russell Brown, Chapter 13 Trustee
Brian D. Karth, Bankruptcy Court Clerk

801 John Barrow Rd., Suite 1 • Little Rock, AR 72205 • (501) 796-5600 • (800) 366-2132 • FAX (501) 716-5763

10/22/2010

Central Mortgage Company  Final
801 John Barrow, Suite 1
Little Rock, AR 72205
For Inquiries: (800) 366-2132

Analysis Date: September 21, 2010

**\*\*Important Notice\*\*** Loan: 5779264209
JOSEPH ROWLES LLOYD SHERK Property Address:
1195 LA MOREE ROAD UNIT 118 1195 LA MOREE ROAD Unit 118
SAN MARCOS CA 92078 SAN MARCOS, CA 92078

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Mar 2009 to Feb 2010. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Escrow Balance Calculation | | Current Payment Information | |
|---|---|---|---|
| Due Date: | Nov 01, 2010 | Principal & Interest Payment: | $900.48 |
| Escrow Balance: | ($217.04) | Escrow Payment: | $0.00 |
| Anticipated Payments to Escrow: | $0.00 | Other Funds Payment: | $0.00 |
| Anticipated Payments from Escrow: | $0.00 | Assistance Payment (-): | $0.00 |
| | $0.00 | Total Payment: | $900.48 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,710.80 | 0.00 |
| Mar 2009 | 342.16 | | | | * | 2,052.96 | 0.00 |
| Mar 2009 | | | | 217.04 | * Force Placed Fire | 2,052.96 | (217.04) |
| Apr 2009 | 342.16 | | | | * | 2,395.12 | (217.04) |
| May 2009 | 342.16 | | | | * | 2,737.28 | (217.04) |
| Jun 2009 | 342.16 | | | | * | 3,079.44 | (217.04) |
| Jul 2009 | 342.16 | | | | * | 3,421.60 | (217.04) |
| Aug 2009 | 342.16 | | | | * | 3,763.76 | (217.04) |
| Sep 2009 | 342.16 | | | | * | 4,105.92 | (217.04) |
| Oct 2009 | 342.16 | | | | * | 4,448.08 | (217.04) |
| Nov 2009 | 342.16 | | 4,105.92 | | * Force Placed Fire | 684.32 | (217.04) |
| Dec 2009 | 342.16 | | | | * | 1,026.48 | (217.04) |
| Jan 2010 | 342.16 | | | | * | 1,368.64 | (217.04) |
| Feb 2010 | 342.16 | | | | * | 1,710.80 | (217.04) |
| | $4,105.92 | $0.00 | $4,105.92 | $217.04 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $4,105.92. Under Federal law, your lowest monthly balance should not have exceeded $684.32 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

5779264209  1
10/22/2010

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | (217.04) | 0.00 |
| | $0.00 | $0.00 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $0.00. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($0.00). Your starting balance (escrow balance required) according to this analysis should be $0.00. This means you have a shortage of $217.04. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $0.00. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| Escrow Payment Calculation | | Total Payment | |
|---|---|---|---|
| Unadjusted Escrow Payment | 0.00 | Principal & Interest Payment: | $900.48 |
| Surplus Amount: | $0.00 | Escrow Payment: | $217.04 |
| Shortage Amount: | $217.04 | Other Funds Payment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 | Assistance Payment (-): | $0.00 |
| Escrow Payment: | $217.04 | Total Payment: | $1,117.52 |
| | | Payment Effective Date: | 11/1/2010 |

10/13/201

## ESCROW SHORTAGE COUPON

**Mail To:** Central Mortgage Company
801 John Barrow, Suite 1
Little Rock, AR 72205

**Shortage Amt:** $217.04

**Amount Enclosed:** _____

JOSEPH ROWLES
LLOYD SHERK

**Loan ID:** 5779264209

Your escrow shortage is currently included in your new monthly payment. However, you may pay all or part of the shortage, and have your monthly payments readjusted. Simply detach this coupon and mail along with the shortage amount to Central Mortgage Company. **Paying the shortage does not guarantee that your payment will return to the previous amount.**