# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: benninks | Date Created: 8/8/2014 |
| Case: 2:10−bk−28851−DPC | Form ID: b18w | Total: 52 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | HILARY B. BONIAL | hbonial@nbsdefaultservices.com |
| aty | MICHAEL W. CHEN | mchen@mccarthyholthus.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | JOSEPH P. ROWLES | 4224 N 5TH AVE    PHOENIX, AZ 85013 |
| tr | RUSSELL BROWN | CHAPTER 13 TRUSTEE    SUITE 800    3838 NORTH CENTRAL AVENUE    PHOENIX, AZ 85012−1965 |
| cr | HSBC Finance Corporation | P.O .Box 829009    Dallas, Tx 75382 |
| cr | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 25 SE 2ND AVE #1120    MIAMI, FL 33131 |
| cr | HOUSEHOLD REALTY CORPORATION ITS SUCCESSORS AND OR ASSIGNS | THE COOPER CASTLE LAW FIRM, LLP    820 S. VALLEY VIEW BLVD    LAS VEGAS, NV 89107 |
| cr | Vanda, LLC | c/o Weinstein &Riley, P.S.    2001 Western Ave., Ste. 400    Seattle, WA 98121 |
| cr | Midland Funding LLC by American InfoSource LP as agent | Attn: Department 1    PO Box 4457    Houston, TX 77210−4457 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY &LITIGATION    1600 W. MONROE, 7TH FL.    PHOENIX, AZ 85007−2650 |
| 9630170 | AMERICAN EXPRESS | PO BOX 0001    LOS ANGELES CA 90096−8000 |
| 9630171 | ARIZONA DEPT OF REVENUE | SPECIAL OPERATIONS SECTION    1600 W. MONROE, ROOM 720    PHOENIX AZ 85007 |
| 9630172 | ARIZONA FEDERAL CREDIT UNION | 333 NORTH 44TH STREET    PHOENIX AZ 85008 |
| 9630173 | ARIZONA FEDERAL CREDIT UNION | 333 NORTH 44TH STREET    PHOENIX AZ 85008 |
| 10033268 | American Express Bank, FSB | c o Becket and Lee LLP    POB 3001    Malvern, PA 19355−0701 |
| 9630174 | BARCLAYS BANK DELAWARE | 1007 NORTH ORANGE STREET    WILMINGTON DE 19801 |
| 9748679 | CANDICA L.L.C. | C O WEINSTEIN AND RILEY, PS    2001 WESTERN AVENUE, STE 400    SEATTLE, WA 98121 |
| 9630175 | CAPITAL ONE | 15000 CAPITAL ONE DR    RICHMOND VA 23238 |
| 9630176 | CAPITAL ONE | 15000 CAPITAL ONE DR    RICHMOND VA 23238 |
| 9630177 | CENTRAL MORTGAGE COMPANY | P.O. BOX 55570    LITTLE ROCK AR 72215−5570 |
| 9630178 | CHASE CARDMEMBER SERVICE | PO BOX 15548    WILMINGTON DE 19886−5548 |
| 9630179 | CITIBANK | PO BOX 6003    HAGERSTOWN MD 21747−6003 |
| 9630180 | DISCOVER CARD | PO BOX 3025    NEW ALBANY OH 43054−3025 |
| 9630181 | FARMERS INSURANCE | PO BOX 894731    LOS ANGELES CA 90189 |
| 9630182 | HOUSEHOLD FINANCE CORPORATION | T.M. DETELICH, PRES.    2700 SANDERS RD.    PROSPECT HEIGHTS IL 60070 |
| 9630183 | HOUSEHOLD FINANCE CORPORATION | T.M. DETELICH, PRES.    2700 SANDERS RD.    PROSPECT HEIGHTS IL 60070 |
| 9649368 | HSBC Finance Corporation | PO BOX 829009    Dallas, TX 75382 |
| 9753413 | Household Realty Corporation | P.O. Box 829009    Dallas, Texas 75382−9009 |
| 9630184 | INTERNAL REVENUE SERVICE | P.O. BOX 105416    ATLANTA GA 30348 |
| 9630185 | LLOYD J. SHERK | 1195 LA MOREE RD.    SAN MARCOS CA 92078 |
| 9630186 | LLOYD J. SHERK | 1195 LA MOREE RD.    SAN MARCOS CA 92078 |
| 9630187 | LLOYD J. SHERK | 1195 LA MOREE RD.    SAN MARCOS CA 92078 |
| 9630189 | LLOYD SHERK | 1195 LA MOREE RD.    REDONDO BEACH CA 90278 |
| 9630190 | LLOYD SHERK | 1195 LA MOREE RD.    REDONDO BEACH CA 90278 |
| 9630191 | LLOYD SHERK | 1195 LA MOREE RD.    REDONDO BEACH CA 90278 |
| 9630188 | LLOYD SHERK | 1195 LA MOREE RD. #118    REDONDO BEACH CA 90278 |
| 9630192 | MRS ASSOCIATES | 1930 OLNEY AVE.    CHERRY HILL NJ 08003 |
| 12205508 | Midland Funding LLC | by American InfoSource LP as agent    Attn: Department 1    PO Box 4457    Houston, TX 77210−4457 |
| 9630193 | NORTHSTAR LOCATION SERVICES, LLC | 4285 GENESEE STREET    BUFFALO NY 14225−1943 |
| 9776515 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131−1605 |
| 9630194 | SEARS | PO BOX 6564    THE LAKES NV 88901−6564 |
| 9630195 | STEINMART | 5960 W. BELL ROAD    GLENDALE AZ 85308 |
| 9630196 | THD/CBSD | P. O. BOX 6003    HAGERSTOWN MD 21747 |
| 9630197 | TNB TARGET | PO BOX 9475    MINNEAPOLIS MN 55440 |
| 9630198 | VERIZON WIRELESS | 404 BROCK DRIVE    BLOOMINGTON IL 61701 |
| 12167872 | Vanda, LLC | c/o Weinstein &Riley, P.S.    2001 Western Ave., Ste. 400    Seattle, WA 98121 |
| 12167873 | Vanda, LLC | c/o Weinstein &Riley, P.S.    2001 Western Ave., Ste. 400    Seattle, WA 98121 |
| 9977976 | Verizon Wireless | PO Box 3397    Bloomington, IL 61702−3397 |
| 9630199 | WELLS FARGO FINANCIAL | P.O. BOX 98784    LAS VEGAS NV 89193 |
| 9630200 | WFF CARDS | 3201 N 4TH AVE    SIOUX FALLS SD 57104 |
| 9675071 | Wells Fargo Bank, N.A. | 4137 121st Street    Urbandale, IA 50323 |
| 9942411 | eCAST Settlement Corporation, assignee | of Chase Bank USA, N.A.    POB 29262    New York, NY 10087−9262 |

TOTAL: 50