B18W (Form 18W) (08/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:10−bk−28851−DPC**
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JOSEPH P. ROWLES
   4224 N 5TH AVE
   PHOENIX, AZ 85013

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6484

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                                    BY THE COURT

Dated: 8/8/14                                       Daniel P. Collins
                                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                     District of Arizona
In re:                                                                 Case No. 10-28851-DPC
JOSEPH P. ROWLES                                                       Chapter 13
           Debtor                    CERTIFICATE OF NOTICE

District/off: 0970-2          User: benninks              Page 1 of 2              Date Rcvd: Aug 08, 2014
                              Form ID: b18w               Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2014.
db         +JOSEPH P. ROWLES,    4224 N 5TH AVE,    PHOENIX, AZ 85013-3039
tr          RUSSELL BROWN,    CHAPTER 13 TRUSTEE,    SUITE 800,    3838 NORTH CENTRAL AVENUE,
             PHOENIX, AZ 85012-1965
cr         +HOUSEHOLD REALTY CORPORATION ITS SUCCESSORS AND OR,    THE COOPER CASTLE LAW FIRM, LLP,
             820 S. VALLEY VIEW BLVD,    LAS VEGAS, NV 89107-4411
9630181    +FARMERS INSURANCE,    PO BOX 894731,    LOS ANGELES CA 90189-4731
9649368    +HSBC Finance Corporation,    PO BOX 829009,    Dallas, TX 75382-9009
9753413     Household Realty Corporation,    P.O. Box 829009,    Dallas, Texas 75382-9009
9630185    +LLOYD J. SHERK,    1195 LA MOREE RD.,    SAN MARCOS CA 92078-4524
9630189     LLOYD SHERK,    1195 LA MOREE RD.,    REDONDO BEACH CA 90278
9630188     LLOYD SHERK,    1195 LA MOREE RD. #118,    REDONDO BEACH CA 90278
9630192    +MRS ASSOCIATES,    1930 OLNEY AVE.,    CHERRY HILL NJ 08003-2016
9630193     NORTHSTAR LOCATION SERVICES, LLC,    4285 GENESEE STREET,    BUFFALO NY 14225-1943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         EDI: AZDEPREV.COM Aug 09 2014 00:08:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
cr          EDI: AIS.COM Aug 09 2014 00:08:00     Midland Funding LLC by American InfoSource LP as a,
             Attn: Department 1,    PO Box 4457,   Houston, TX 77210-4457
cr         +EDI: RECOVERYCORP.COM Aug 09 2014 00:08:00     RECOVERY MANAGEMENT SYSTEMS CORPORATION,
             25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
9630170     EDI: AMEREXPR.COM Aug 09 2014 00:08:00     AMERICAN EXPRESS,    PO BOX 0001,
             LOS ANGELES CA 90096-8000
9630171    +EDI: AZDEPREV.COM Aug 09 2014 00:08:00     ARIZONA DEPT OF REVENUE,    SPECIAL OPERATIONS SECTION,
             1600 W. MONROE, ROOM 720,    PHOENIX AZ 85007-2612
9630172     E-mail/Text: bankruptcy.notices@arizonafederal.org Aug 09 2014 00:24:48
             ARIZONA FEDERAL CREDIT UNION,    333 NORTH 44TH STREET,    PHOENIX AZ 85008
10033268    EDI: BECKLEE.COM Aug 09 2014 00:08:00     American Express Bank, FSB,    c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
9630174    +EDI: TSYS2.COM Aug 09 2014 00:08:00     BARCLAYS BANK DELAWARE,    1007 NORTH ORANGE STREET,
             WILMINGTON DE 19801-1239
9748679    +EDI: OPHSUBSID.COM Aug 09 2014 00:08:00     CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
             2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9630175    +EDI: CAPITALONE.COM Aug 09 2014 00:08:00     CAPITAL ONE,    15000 CAPITAL ONE DR,
             RICHMOND VA 23238-1119
9630178     EDI: CHASE.COM Aug 09 2014 00:08:00     CHASE CARDMEMBER SERVICE,    PO BOX 15548,
             WILMINGTON DE 19886-5548
9630179     EDI: CITICORP.COM Aug 09 2014 00:08:00     CITIBANK,    PO BOX 6003,   HAGERSTOWN MD 21747-6003
9630180     EDI: DISCOVER.COM Aug 09 2014 00:08:00     DISCOVER CARD,    PO BOX 3025,
             NEW ALBANY OH 43054-3025
9630182    +EDI: HFC.COM Aug 09 2014 00:08:00     HOUSEHOLD FINANCE CORPORATION,    T.M. DETELICH, PRES.,
             2700 SANDERS RD.,    PROSPECT HEIGHTS IL 60070-2701
9630184     EDI: IRS.COM Aug 09 2014 00:08:00     INTERNAL REVENUE SERVICE,    P.O. BOX 105416,
             ATLANTA GA 30348
12205508    EDI: AIS.COM Aug 09 2014 00:08:00     Midland Funding LLC,    by American InfoSource LP as agent,
             Attn: Department 1,    PO Box 4457,   Houston, TX 77210-4457
9776515     EDI: RECOVERYCORP.COM Aug 09 2014 00:08:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9630194     EDI: SEARS.COM Aug 09 2014 00:08:00     SEARS,    PO BOX 6564,    THE LAKES NV 88901-6564
9630195    +E-mail/Text: bwalt@steinmart.com Aug 09 2014 00:21:57     STEINMART,    5960 W. BELL ROAD,
             GLENDALE AZ 85308-3778
9630196     EDI: CITICORP.COM Aug 09 2014 00:08:00     THD/CBSD,    P. O. BOX 6003,    HAGERSTOWN MD 21747
9630197    +EDI: WTRRNBANK.COM Aug 09 2014 00:08:00     TNB TARGET,    PO BOX 9475,
             MINNEAPOLIS MN 55440-9475
9630198    +EDI: AFNIVZCOMBINED.COM Aug 09 2014 00:08:00     VERIZON WIRELESS,    404 BROCK DRIVE,
             BLOOMINGTON IL 61701-2654
12167872   +EDI: OPHSUBSID.COM Aug 09 2014 00:08:00     Vanda, LLC,    c/o Weinstein & Riley, P.S.,
             2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
9977976     EDI: AFNIVZWIRE.COM Aug 09 2014 00:08:00     Verizon Wireless,    PO Box 3397,
             Bloomington, IL 61702-3397
9630199    +EDI: WFFC.COM Aug 09 2014 00:08:00     WELLS FARGO FINANCIAL,    P.O. BOX 98784,
             LAS VEGAS NV 89193-8784
9630200    +EDI: WFFC.COM Aug 09 2014 00:08:00     WFF CARDS,    3201 N 4TH AVE,   SIOUX FALLS SD 57104-0700
9675071    +EDI: WFFC.COM Aug 09 2014 00:08:00     Wells Fargo Bank, N.A.,    4137 121st Street,
             Urbandale, IA 50323-2310
9942411     EDI: ECAST.COM Aug 09 2014 00:08:00     eCAST Settlement Corporation, assignee,
             of Chase Bank USA, N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                              TOTAL: 28
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +HSBC Finance Corporation,    P .O .Box 829009,    Dallas, Tx 75382-9009
cr*        +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
             Seattle, WA 98121-3132
9630173*   ++ARIZONA FEDERAL CREDIT UNION,    PO BOX 60070,    PHOENIX AZ 85082-0070
             (address filed with court:   ARIZONA FEDERAL CREDIT UNION,    333 NORTH 44TH STREET,
             PHOENIX AZ 85008)
9630176*   +CAPITAL ONE,    15000 CAPITAL ONE DR,    RICHMOND VA 23238-1119
9630183*   +HOUSEHOLD FINANCE CORPORATION,    T.M. DETELICH, PRES.,    2700 SANDERS RD.,
             PROSPECT HEIGHTS IL 60070-2701
9630186*   +LLOYD J. SHERK,    1195 LA MOREE RD.,    SAN MARCOS CA 92078-4524
9630187*   +LLOYD J. SHERK,    1195 LA MOREE RD.,    SAN MARCOS CA 92078-4524
9630190*    LLOYD SHERK,    1195 LA MOREE RD.,    REDONDO BEACH CA 90278
9630191*    LLOYD SHERK,    1195 LA MOREE RD.,    REDONDO BEACH CA 90278
12167873*  +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
             Seattle, WA 98121-3132
9630177    ##CENTRAL MORTGAGE COMPANY,    P.O. BOX 55570,    LITTLE ROCK AR 72215-5570
                                                                                  TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2014 at the address(es) listed below:
              HILARY B. BONIAL    on behalf of Creditor    HSBC Finance Corporation  hbonial@nbsdefaultservices.com
              MICHAEL W. CHEN     on behalf of Creditor    HOUSEHOLD REALTY CORPORATION ITS SUCCESSORS AND OR
               ASSIGNS mchen@mccarthyholthus.com
              RUSSELL   BROWN    ecfmailclient@ch13bk.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                               TOTAL: 4
```